Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

# VA 2-457-664

**Effective Date of Registration:**
May 12, 2025
**Registration Decision Date:**
August 13, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Trellis Ribbon Bows |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | December 24, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Kristin Mastoras |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kristin Mastoras |
| | 7 Putnam Road, Scarsdale, NY, 10583, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | The Jewel Branding & Licensing, Inc. |
| **Name:** | Julie Newman |
| **Email:** | info@jewelbranding.com |
| **Telephone:** | (404)303-1872 |
| **Address:** | 1117 Antioch Dr. NE |
| | Brookhaven, GA 30319 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

**Date:** May 12, 2025
**Applicant's Tracking Number:** KM2025050909



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-457-656

**Effective Date of Registration:**
May 12, 2025
**Registration Decision Date:**
August 13, 2025

---

## Title
          **Title of Work:** Striped Double Bows

## Completion/Publication
          **Year of Completion:** 2024
      **Date of 1st Publication:** January 15, 2024
     **Nation of 1st Publication:** United States

## Author
                    **Author:** Kristin Mastoras
          **Author Created:** 2-D artwork
              **Citizen of:** United States

## Copyright Claimant
        **Copyright Claimant:** Kristin Mastoras
                                7 Putnam Road, Scarsdale, NY, 10583, United States

## Rights and Permissions
     **Organization Name:** The Jewel Branding & Licensing, Inc.
                    **Name:** Julie Newman
                  **Email:** info@jewelbranding.com
              **Telephone:** (404)303-1872
               **Address:** 1117 Antioch Dr. NE
                                Brookhaven, GA 30319 United States

## Certification
                    **Name:** David Denholm

**Date:** May 12, 2025
**Applicant's Tracking Number:** KM2025050908



# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-565

**Effective Date of Registration:**
May 12, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Garland with Bows

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** December 12, 2023
**Nation of 1st Publication:** United States

## Author

• **Author:** Kristin Mastoras
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kristin Mastoras
7 Putnam Road, Scarsdale, NY, 10583, United States

## Rights and Permissions

**Organization Name:** The Jewel Branding & Licensing, Inc.
**Name:** Julie Newman
**Email:** info@jewelbranding.com
**Telephone:** (404)303-1872
**Address:** 1117 Antioch Dr. NE
Brookhaven, GA 30319 United States

## Certification

**Name:** David Denholm

**Date:**   May 12, 2025
**Applicant's Tracking Number:**   KM2025050903



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-566

**Effective Date of Registration:**
May 12, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title
_____

|  |  |
|---|---|
| **Title of Work:** | Labradoodle Puppies |

## Completion/Publication
_____

|  |  |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | September 25, 2023 |
| **Nation of 1st Publication:** | United States |

## Author
_____

|  |  |
|---|---|
| • **Author:** | Kristin Mastoras |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant
_____

|  |  |
|---|---|
| **Copyright Claimant:** | Kristin Mastoras |
|  | 7 Putnam Road, Scarsdale, NY, 10583, United States |

## Rights and Permissions
_____

|  |  |
|---|---|
| **Organization Name:** | The Jewel Branding & Licensing, Inc. |
| **Name:** | Julie Newman |
| **Email:** | info@jewelbranding.com |
| **Telephone:** | (404)303-1872 |
| **Address:** | 1117 Antioch Dr. NE |
|  | Brookhaven, GA 30319 United States |

## Certification
_____

|  |  |
|---|---|
| **Name:** | David Denholm |

**Date:** May 12, 2025
**Applicant's Tracking Number:** KM2025050904



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.




**Registration Number**

## VA 2-454-576

**Effective Date of Registration:**
May 12, 2025
**Registration Decision Date:**
July 29, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Nutcracker Rat King with Bow |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | September 17, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Kristin Mastoras |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kristin Mastoras |
| | 7 Putnam Road, Scarsdale, NY, 10583, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | The Jewel Branding & Licensing, Inc. |
| **Name:** | Julie Newman |
| **Email:** | info@jewelbranding.com |
| **Telephone:** | (404)303-1872 |
| **Address:** | 1117 Antioch Dr. NE |
| | Brookhaven, GA 30319 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

**Date:** May 12, 2025
**Applicant's Tracking Number:** KM2025050906

