IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KRISTIN MASTORAS,

    Plaintiff,                                                      Case No.: 1:26-cv-00834

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | Saisnoi |
| 2 | Newseego |
| 3 | DUYDUNGSHOP68 |
| 4 | wangchenhao2023 |
| 5 | Huang Yihuang Room Decoration |
| 6 | Jiabo |
| 7 | pollenor |
| 8 | Professional Blanket Delivery |
| 9 | Weishun Self operated |
| 10 | Senous |
| 11 | Apper |
| 12 | Tini Name |
| 13 | ZaiZais Living Hall |
| 14 | ZENTRA |
| 15 | FENVOX |
| 16 | CustomCozy local |
| 17 | Shanshui Blanket |
| 18 | TP PlushchyPOD |
| 19 | JieHomeLive |
| 20 | jiechengjiafang |
| 21 | DreamLiveStar |
| 22 | qianyuanjiafang |
| 23 | Kakajiafang |
| 24 | Yaoge blanket |
| 25 | Jeyblanket |

| | |
|---|---|
| 26 | Infinity Kingdom |
| 27 | SunnyVale Studio |
| 28 | Blanket Shores |
| 29 | MinBlanketY |
| 30 | SweetPlush |
| 31 | JC custom |
| 32 | YueQinLiving |
| 33 | LeafyBedding |
| 34 | HLJPAA |
| 35 | E baisheng shop |